■ DIXON BROKERAGE, INC., Respondent-Appellant, v NEW YORK PAVING, INC., et al., Appellants-Respondents.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Gerard. Thompson, J. P., Kunzeman, Rubin and Harwood, JJ., concur.